DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAYNA M. BOSWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00178-001 SMS |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | Date:  August 13, 2009 |
| JAYNA M. BOSWELL, | Time:  10:00 A.M. |
| Defendant. | Dept :  Hon.  Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for July 23, 2009, **may be continued to August 13, 2009 at 10:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and further plea negotiation prior to hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for further defense
3 preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4                                         LAWRENCE G. BROWN
                                          Acting United States Attorney
5

6 DATED: July 16, 2009              /s/ Laurel JacksonMontoya
                                          LAUREN JACKSON MONTOYA
7                                         Assistant United States Attorney
                                          Attorney for Plaintiff
8

9

10                                        DANIEL J. BRODERICK
                                          Federal Defender
11

12 DATED: July 16, 2009             /s/  Rachel W. Hill
                                          RACHEL W. HILL
13                                        Assistant Federal Defender
                                          Attorney for Defendant
14                                        JAYNA M. BOSWELL

15

16                                 **O R D E R**

17    **IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §
18 3161(h)(7)(A) and (B)(iv).
19      DATED: July 17, 2009

20                                          /s/ Gary S. Austin
                                          Gary S. Austin, Magistrate Judge
21                                        United States District Court

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    2