```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  SAMYA BURNEY, Bar #224049
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JAYNA M. BOSWELL
```

FILED
MAR 06 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 109-cr-00178 SMS |
| Plaintiff, | [UNDER SEAL] [PROPOSED] SEALING ORDER |
| v. | |
| JAYNA M. BOSWELL, | Magistrate Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

GOOD CAUSE APPEARING, the Court hereby orders that Document No. 33 of the Court's docket, be filed *under seal* until further order of the Court.

**IT IS SO ORDERED.**

DATED: March /6/, 2012

BARBARA M. McAULIFFE
United States District Court Magistrate

CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00178 SMS |
| Plaintiff, ) | |
| v. ) | |
| JAYNA M. BOSWELL, ) | |
| Defendant. ) | |

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On March 6, 2012, she personally served a copy of the attached:

**SEALING ORDER**

upon the interested parties in said action by hand delivery to the person at the place hereinafter set forth, as follows:

BENJAMIN B. WAGNER
United States Attorney
CHESTER WALLS
Misdemeanor Law Clerk
ANDREW LEE GRADMAN
Assistant United States Attorney
Federal Building, Room 4-401
2500 Tulare Street
Fresno, CA  93721

DATED: March 6, 2012

/s/ Priscilla Reyes
Priscilla Reyes

Sealing Order                                  -2-